UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| MOHAMED SALIM, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) C.A. #1:15-cv-468 (LMB/IDD) |
| | ) |
| EDWARD DAHLBERG, | ) |
| | ) |
|     Defendant. | ) |

## MOTION *IN LIMINE*

Plaintiff Mohamed Salim, by counsel, moves this court for an order *in limine* governing the introduction of evidence at trial as requested in the accompanying memorandum. In support of this motion, Mr. Salim submits the accompanying memorandum and proposed order.

                                        Respectfully submitted,

                                        MOHAMED SALIM,

                                        By counsel

Dated:  October 7, 2015

Counsel for Plaintiff:

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com
SalimMohamed\Pleadings\PlfMInLim

Certificate of Service

      I, Victor M. Glasberg, hereby certify that on this 7th day of October 2015, I electronically filed the foregoing Motion *In Limine* with the clerk of the court.

      //s// Victor M. Glasberg
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com

Counsel for Plaintiff