IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MOHAMED M. SALIM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:15-cv-468 (LMB/IDD) |
| EDWARD DAHLBERG, | ) ) ) |
| Defendant. | ) |

### ORDER

For the reasons stated in open court, it is hereby

ORDERED that the plaintiff's Motion for Partial Summary Judgment on Liability [Dkt. No. 95], the Defendant's Motion for Partial Summary Judgment [Dkt. No. 101], and Defendant's Motion in Limine Regarding Attorney Fees [Dkt. No. 107] be and are DENIED; that Defendant's Motion in Limine Regarding Changes to Testimony by the Plaintiff [Dkt. No. 109] and Defendant's Motion in Limine Regarding the Admission of Hearsay Opinions by Dr. Jones [Dkt. No. 111] be and are GRANTED; and that Plaintiff's Motion in Limine [Dkt. No. 97] and Defendant's Motion in Limine to Exclude Plaintiff's Proposed Exhibits 1, 3, and 4 [Dkt. No. 113] be and are GRANTED IN PART and DENIED IN PART.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 30th day of October, 2015.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge